# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 15, 2015

## NO. 03-13-00292-CV

**Appellant, Fernando DeLeon// Cross-Appellant, John Lacey**

**v.**

**Appellee, John Lacey// Cross-Appellee, Fernando DeLeon**

### APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the district court on April 3, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.